THE STATE OF OHIO, APPELLEE, *v.* GATES, APPELLANT.

[Cite as *State v. Gates,* 131 Ohio St.3d 372, 2012-Ohio-1221.]

*Judgment of the court of appeals reversed, and cause remanded to the court of appeals for application of* State v. Smith.

(No. 2012-0030—Submitted March 21, 2012—Decided March 27, 2012.)

CERTIFIED by the Court of Appeals for Portage County, No. 2011-P-0001, 2011-Ohio-5711.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for application of our decision in *State v. Smith,* 131 Ohio St.3d 297, 2012-Ohio-781, 964 N.E.2d 423.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Pamela J. Holder, Portage County Assistant Prosecuting Attorney, for appellee.

Neil P. Agarwal, for appellant.

_____